IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OLIVER DIRE, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES H. BERESFORD CO., INC., a Washington Corporation <br><br> Defendant. | Case No. 20-cv-01539 <br><br> DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER §1441(a) (FEDERAL QUESTION) <br><br> (KING COUNTY SUPERIOR COURT CASE NO. 20-2-12111-8 SEA) |

TO:       THE CLERK OF THE COURT

AND TO**:**   OLIVER DIRE, Plaintiff

AND TO:    DOUGLAS WARTELLE, Cogdill Nichols Rein Wartelle Andrews:

Defendant Charles H. Beresford Co., Inc. ("*Beresford*") hereby removes this civil action to this Court from the Superior Court of Washington in and for King County pursuant to 28 U.S.C. §§ 1331 and 1441(a). The grounds for removal are set forth below:

1. On August 4, 2020, Plaintiff Oliver Dire commenced a lawsuit against Beresford in the King County, Washington, Superior Court, styled Oliver Dire v. Charles H. Beresford Co, and appearing on that Court's docket as Case No. 20-2-12111-8 SEA (the "*State Court Action*"). A true copy of the Complaint in the State Court Action is attached.

2. On September 22, 2020, Plaintiff served the Complaint and a corresponding Summons on Beresford. A true copy of the Summons is attached.

DEFENDANT'S NOTICE OF REMOVAL - 1
Dire v. Charles H. Beresford Co., Inc. – No. 20-

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

3.   On October 12, 2020, Beresford filed a Notice of Appearance in the Superior Court of King County, Washington.  A true copy of the Notice is attached.

4.   The above-described action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and therefore may be removed pursuant to 28 U.S.C. §1441(a).

**Removal Based on Federal Question**

5.   Federal district courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. §1331.

6.   In the State Court Action, Plaintiff alleges that he suffers from "substance abuse disease" and that he faced workplace harassment and ultimately termination on that basis, in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12112. Complaint, ¶¶3.12, 4.2.

7.   Plaintiff further contends that Beresford engaged in a wider pattern and practice of discrimination "based on race, color, national origin, and retaliation," in violation of the Civil Rights act of 1866, 42 U.S.C. §1981. Complaint, ¶¶3.15, 4.1.

8.   Since Plaintiff is bringing express claims under the ADA and §1981, his Complaint in the State Court Action arises under the laws of the United States and is removable.

9.   The Complaint also alleges Beresford has violated Washington state law, specifically the Washington Law Against Discrimination ("WLAD"), RCW 49.60 et seq. These state law claims rest on the same set of facts that support Plaintiff's federal law claim. Pursuant to 28 U.S.C. §1367, this Court has supplemental jurisdiction over Plaintiff's state law claims because they are so related to his federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

**Compliance with Removal Procedures**

10.  This Notice of Removal is being filed within 30 days after service of Plaintiff's Complaint on Beresford, as Beresford was served with the Complaint on September 22, 2020. 28 U.S.C. §1446(b).

DEFENDANT'S NOTICE OF REMOVAL - 2
Dire v. Charles H. Beresford Co., Inc. – No. 20-

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

1      11.    There are no other parties to the State Court Action other than Plaintiff and Beresford. Thus the removal of the State Court Action does not require the consent of any other party.

    12.    Promptly upon the filing of this Notice of Removal, Beresford will file a Notice of Filing of Notice of Removal, with a copy of this Notice of Removal, with the Superior Court of Washington in and for King County and serve a copy thereof on Plaintiff through his counsel of record.

DATED this 16th day of October, 2020.

SEBRIS BUSTO JAMES

*s/ Darren A. Feider*
Darren Feider, WSBA#22430

14205 SE 36th Street, Suite 325
Bellevue, Washington 98006
(425) 454-4233
dfeider@sebrisbusto.com

Attorney for Defendant, Charles H. Beresford Co., Inc.

DEFENDANT'S NOTICE OF REMOVAL - 3
Dire v. Charles H. Beresford Co., Inc. – No. 20-

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

CERTIFICATE OF SERVICE

I, Darren A. Feider, certify under penalty of perjury under the laws of the United States that, on October 16, 2020, I caused to be served the attached document to the individual listed below in the manner shown:

*Attorney for Plaintiff:*

| | |
|---|---|
| Douglas Wartelle, WSBA #25267<br>Cogdill Nichols Rein Wartelle Andrews<br>3232 Rockefeller Avenue<br>Everett, WA 98201<br>*phone*: 425-259-6111<br>*fax*: 425-259-6435<br>dmw@cnrlaw.com | ☐ Via U.S. Mail<br>☐ By Fed Express<br>☐ Via Facsimile<br>☐ By Hand Delivery<br>☐ Via ABC Messenger<br>☒ Via Electronic Mail<br>☒ Via E-service |

*s/ Darren A. Feider*
Darren A. Feider

DEFENDANT'S NOTICE OF REMOVAL - 4
Dire v. Charles H. Beresford Co., Inc. – No. 20-

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005