1

The Honorable Julie Spector

2

3

4

5

6            SUPERIOR COURT OF THE STATE OF WASHINGTON
                   IN AND FOR THE COUNTY OF KING

7

8    OLIVER DIRE,

Case No. 20-2-12111-8 SEA

                         Plaintiff,

9

10              v.

NOTICE OF APPEARANCE

11   CHARLES H. BERESFORD CO., INC., a
     Washington Corporation

12                       Defendant.

13

14        Please take notice that Darren A. Feider hereby enters his appearance as counsel of record

15   for Defendant Charles H. Beresford Co., Inc. in the above-captioned lawsuit, without waiving any

16   defenses, and requests that all future papers or pleadings in this lawsuit (except service of

17   process) be served upon him at the address below.

18        DATED this 12th day of October, 2020.

19                                          SEBRIS BUSTO JAMES

20                                          s/Darren A. Feider
                                            Darren A. Feider, WSBA#22430
21                                          14205 SE 36th Street, Suite 325
                                            Bellevue, Washington 98006
22                                          (425) 454-4233
                                            dfeider@sebrisbusto.com

23

DEFENDANT'S NOTICE OF APPEARANCE - 1
*Dire v. Charles H. Beresford Co., Inc*, No. 20-2-12111-8 SEA

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

1

Attorney for Defendant, Charles H.
Beresford Co., Inc.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT'S NOTICE OF APPEARANCE - 2
*Dire v. Charles H. Beresford Co., Inc*, No. 20-2-12111-8 SEA

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

1

**CERTIFICATE OF SERVICE**

2          I, Darren A. Feider, certify under penalty of perjury under the laws of the State of

3    Washington that, on October 12, 2020, I caused to be served the attached document to the

4    individual listed below in the manner shown:

5

6    **Attorneys for Plaintiff:**                      ☐ Via U.S. Mail
     Douglas Wartelle, WSBA #25267              ☐ By Fed Express
7    Cogdill Nichols Rein Wartelle Andrews       ☐ Via Facsimile
     3232 Rockefeller Avenue                          ☐ By Hand Delivery
8    Everett, WA 98201                                  ☐ Via ABC Messenger
     dmw@cnrlaw.com                                 ☒ Via Electronic Mail
9                                                             ☒ Via E-service

10

11                                    *s/Darren A. Feider*
                                            Darren A. Feider

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT'S NOTICE OF APPEARANCE - 3
*Dire v. Charles H. Beresford Co., Inc*, No. 20-2-12111-8 SEA

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005